No. 03–7613.  SANTANA *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 03–7614.  SMITH *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 03–7615.  REECE *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 03–7616.  ROBINSON *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 03–7618.  BRYANT *v.* WOLFE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ALBION, ET AL.  C. A. 3d Cir. Certiorari denied.

No. 03–7620.  MALLETT *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 03–7621.  JACOBS *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 03–7623.  MANUELITO *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 03–7624.  JARBOH *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 03–7625.  ARREGUIN-JIMENEZ *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 03–7627.  KENDRICK *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 03–7628.  MEYER *v.* NORTH CAROLINA.  Gen. Ct. Justice, Super. Ct. Div., Cumberland County, N. C.  Certiorari denied.

No. 03–7629.  NAVARRO-GUTIERREZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 03–7630.  MITCHELL, AKA SMITH *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 03–7631.  MORA-GARIBAY *v.* UNITED STATES; VASQUEZ-DE LA VEGA *v.* UNITED STATES; and AGUILAR-JUAREZ *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.  Reported below: 72